**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6331**

---

In Re:  JIMMIE L. HARRIS,

                                                    Petitioner.

---

On Petition for Writ of Mandamus.  (CA-01-142)

---

Submitted:  May 25, 2005                    Decided:  June 9, 2005

---

Before WILKINSON, NIEMEYER, and DUNCAN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Jimmie L. Harris, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmie L. Harris petitions for writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2000) petition. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court granted the Respondent's motion for summary judgment and dismissed Harris's 28 U.S.C. § 2254 (2000) petition by order entered May 17, 2005. Accordingly, because the district court has recently decided Harris's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED